# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| TERRANCE CROWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06-cv-1412-TMP |
| | ) |
| COI LAUOLEFISO JONES, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation ("R & R") on June 3, 2008, recommending that the Defendants' motion for summary judgment be granted in part and denied in part. The parties were allowed fifteen (15) days to file objections. No objections have been filed.[1]

Having carefully reviewed and considered *de novo* the record in this case, including the magistrate judge's R &R, the court ADOPTS the R & R.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that the Special Report filed by the Defendants, treated as a motion for summary judgment, is due to be granted in part and denied in part.

Specifically, the Defendants' motion for summary judgment is due to be granted on the Plaintiff's claims for monetary relief against them in their official capacities. Defendants Hooks,

---

[1] On June 23, 2008, the Plaintiff submitted a response entitled, "Recommendation and Notice of Right to Object," in which he restates the magistrate judge's recommendations. (Doc. 22.) Attached to the response is a note from the Plaintiff which states, "I Terrance Crowell understand everything that Judge Michael Putnam is present[ing] to me in this report . . . . Therefore I will not try and add new things to my recommendation in this claim." *Id.*

Garrett, and Carter's motion for summary judgment is due to be granted on the supervisory liability claims asserted against them.

Defendant Jones' motion for summary judgment on the Plaintiff's Eighth Amendment excessive force claim against him is due to be denied. Additionally, Defendant Griffin's motion for summary judgment on the Plaintiff's Eighth Amendment failure to protect claim against him is due to be denied.

An appropriate order will be entered.

Done the 11th day of July, 2008.

                                            U.W. Clemon
                               Chief United States District Judge